UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-00167-RPM

EMILY GRAVES,

      Plaintiff,

and

VAIL RESORTS, INC.

      Plaintiff-Intervenor,

v.

DIANE LAGASSE,

      Defendant.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THE COURT, having reviewed the *Stipulation for Dismissal with Prejudice* by and between plaintiff Emily Graves, plaintiff-intervenor Vail Resorts, Inc. and defendant Diane Lagasse, and being fully informed as to the parties' requests therein,

HEREBY ORDERS that the claims against the defendant are hereby dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DONE and ORDERED in chambers this _____ day of November, 2017.

BY THE COURT

Richard P. Matsch
Senior District Judge