IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 17-cv-00167-RPM

EMILY GRAVES,

    Plaintiff,

VAIL RESORTS, INC.,

    Intervenor Plaintiff,

v.

DIANE LAGASSE,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal [Doc. 23], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED:   November 9, 2017

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge